No. 105. UNITED STATES EX REL. GOODMAN *v.* HEARN, COMMANDING GENERAL. Certiorari, 328 U. S. 833, to the Circuit Court of Appeals for the Fifth Circuit. September 7, 1946. Dismissed pursuant to Rule 35. *Harry Mesard* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for respondent. ■

No. 246. CONNECTICUT COMPANY *v.* WALLING, WAGE & HOUR ADMINISTRATOR. On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. October 7, 1946. Dismissed on motion of counsel for the petitioner. *H. L. Filer* for petitioner. *Solicitor General McGrath, William S. Tyson* and *Morton Liftin* for respondent. ■

No. 440. UNITED STATES ET AL. *v.* NEW YORK ET AL. Appeal from the District Court of the United States for the Northern District of New York. October 7, 1946. Dismissed on motion of counsel for the appellants. *Attorney General Clark, Solicitor General McGrath, Assistant Attorney General Berge, Edward H. Miller, David O. Mathews, Daniel W. Knowlton* and *J. Stanley Payne* for appellants.